NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEGELMAN INDUSTRIES, LTD.,**
*Plaintiff-Appellant,*

v.

**PRO-TECH WELDING AND FABRICATION, INC.
AND MICHAEL P. WEAGLEY,**
*Defendants-Appellees.*

---

2013-1569

---

Appeal from the United States District Court for the Western District of New York in No. 06-CV-6346, Magistrate Judge Jonathan W. Feldman.

---

**ON MOTION**

---

**O R D E R**

Degelman Industries, Ltd. moves to withdraw this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

DEGELMAN INDUSTRIES, LTD. V. PRO-TECH WELDING                    2

(2)  Each side shall bear its own costs.

FOR THE COURT


/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk


ISSUED AS A MANDATE:  September 25, 2013

s21